UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CASE NO. 03-30302 (lmw) |
| ECKERT, CHARMAGNE | : CHAPTER 7 |
| ---------------------------------- | : |
| ROBERTA NAPOLITANO, TRUSTEE | : |
| Plaintiff, | : |
| v. | : |
| ANTHONY L. CHIRICO, | : |
| Defendant | : November 23, 2004 |

### COMPLAINT TO AVOID FRAUDULENT TRANSFER
### and FOR RETURN OF PROPERTY OR ITS VALUE

The complaint of Roberta Napolitano, Trustee, respectfully alleges:

1. Roberta Napolitano is the duly qualified and acting trustee in this case.

2. This complaint initiates an adversary proceeding pursuant to Sections 544(b) and 550 of the United States Bankruptcy Code, 11 U.S.C. Sections 101-1330 ("Bankruptcy Code"), Connecticut General Statutes Section 52-552b and Federal Rule of Civil Procedure 7001(1), to avoid and recover for the benefit of the estate a fraudulent transfer of the Debtor's property made to or for the benefit of the Defendant, either for no consideration, at a time when the Debtor was insolvent, or became insolvent as a result of the transfer, or made with the intent to hinder, defraud or delay the Debtor's creditors, and to recover for the benefit of the estate the value of such property. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Section 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(H).

3. This case was commenced on January 22, 2003.

4. The Defendant, Anthony L. Chirico, an individual, is the Debtor's husband.

5. Charmagne Eckert, an individual, is the Debtor in this case.

*First Count - fraudulent transfer under 11 U.S.C. Section 544(b) and Connecticut General Statutes Section 52-552f.*

6. Within four years before she filed this bankruptcy, on June 14, 2002, the Debtor Charmagne Eckert transferred to the Defendant property known as 15 Oakledge Drive, Essex, Connecticut (the "Property").

7. The Debtor received no consideration in exchange for said transfer and at the time thereof was insolvent or became such as a result of such transfer.

8. The value of the property transferred was, upon information and belief, $50,000.

9. The Debtor incurred all the debt listed on Schedule F of her bankruptcy petition, with the sole exception of her disputed obligation to Daniel's Oil Company, before she transferred the Property to the Defendant.

10. Said transfer is fraudulent as to the trustee and may be avoided pursuant to the provisions of 11 U.S.C. Section 544(b).

*Second Count - fraudulent transfer under 11 U.S.C. Section 544(b) and Connecticut General Statutes Section 52-552f.*

10. Within four years before she filed this bankruptcy, on June 14, 2002, the Debtor Charmagne Eckert transferred to the Defendant property known as 15 Oakledge Drive, Essex, Connecticut (the "Property").

11. The Defendant is an insider of the Debtor.

2

12. The Debtor continued to possess the Property after the transfer.

13. The transfer of the Property was a transfer of substantially all the Debtor's assets.

14. The Debtor received no consideration in exchange for said transfer and at the time thereof was insolvent or became such as a result of such transfer.

15. The Debtor transferred the Property with the intent of hindering, delaying, or defrauding her creditors.

16. The value of the property transferred was, upon information and belief, $50,000.

17. The Debtor incurred all the debt listed on Schedule F of her bankruptcy petition, with the sole exception of her disputed obligation to Daniel's Oil Company, before she transferred the Property to the Defendant.

18. Said transfer is fraudulent as to the trustee and may be avoided pursuant to the provisions of 11 U.S.C. Section 544(b).

WHEREFORE, the trustee prays that this Court make its Order avoiding the above-described transfer, ordering Defendant to turn over to the trustee the property so transferred, or its reasonably equivalent value in the amount of $50,000.00, for costs incurred herein, and for such other and further relief as the Court deems just and proper.

Dated at Bridgeport, Connecticut on November 23, 2004.

ROBERTA NAPOLITANO, TRUSTEE

BY /s/ Roberta Napolitano
Roberta Napolitano ct 08378
Weinstein, Weiner, Ignal Napolitano & Shapiro, P.C.
P.O. Box 9177
Bridgeport, CT 06601  203-333-1177

| B 104 (Rev 2/92) | ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court use Only) |
|---|---|---|

| PLAINTIFFS<br>Roberta Napolitano | DEFENDANTS<br>Anthony L. Chirico |
|---|---|
| ATTORNEYS (Firm Name, Address, Telephone No.)<br>Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | ATTORNEYS (If Known)<br>Burrell & Winans<br>100 Mill Plain Road - 4th Floor<br>Danbury, CT 06811 |

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Avoidance of transfer under 11 U.S.C. Sections 544(b) and 550; also implicated are 28 U.S.C. Section 1334 and 28 U.S.C. Section 157(b)(2)(H).

**NATURE OF SUIT**
(Check the one most appropriate box only.)

- ☒ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
- ☐ 458 To obtain approval for the sale of both the interest in the estate and of a co-owner in property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. §727
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- ☐ 426 To determine the dischargeability of a debt 11 U.S.C. §523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)  ☒ 1 Original Proceeding  ☐ 2 Removed Proceeding  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another Bankruptcy Court  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND** NEAREST THOUSAND $ 50  OTHER RELIEF SOUGHT: Avoidance of transfer  ☐ JURY DEMAND

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>Charmagne Eckert | BANKRUPTCY CASE NO.<br>03-30302 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Connecticut | DIVISIONAL OFFICE<br>New Haven | NAME OF JUDGE<br>Lorraine M. Weil |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only)  ☐ FEE ATTACHED  ☐ FEE NOT REQUIRED  ☒ FEE IS DEFERRED

| DATE<br>November 26, 2004 | PRINT NAME<br>Roberta Napolitano, Trustee | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>[signature] |
|---|---|---|